IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chattanooga Professional Baseball LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> National Casualty Company, et al., <br><br> Defendants. | No. CV-20-01312-PHX-DLR <br><br> **ORDER** |

Before the Court is United Policyholders' ("UP") motion for leave to appear as *amicus curiae* in support of Plaintiffs' response to Defendants' motion to dismiss (Doc. 31) and Defendants' response in opposition (Doc. 34). "The Court generally does not favor *amicus curiae* briefs and does not permit them to be filed absent consent of all parties or a substantial showing that the *amicus curiae* will present relevant matters that have not or could not have been brought to the Court's attention by the parties." *Az. Att'ys for Crim. Justice v. Ducey*, No. CV-17-01422-PHX-SPL, 2018 WL 1570244, at *6 (D. Ariz. Mar. 30, 2018). Because UP's proposed brief in support—attached to its motion—merely seeks to rehash the regulatory estoppel arguments made by Plaintiffs in their response and neglects to provide information that is otherwise novel or distinctly useful to the Court's analysis, the Court will deny UP's motion.

/ / /

/ / /

**IT IS ORDERED** that UP's motion for leave to file an *amicus curiae* brief (Doc. 31) is **DENIED.**

Dated this 6th day of November, 2020.

                                                     Douglas L. Rayes
                                                     United States District Judge