J. Michael Hennigan (Arizona Bar No. 2633)
jhennigan@mckoolsmithhennigan.com
**MCKOOL SMITH HENNIGAN, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Robin L. Cohen (*pro hac vice*)
rcohen@mckoolsmith.com
John Briody (*pro hac vice*)
jbriody@mckoolsmith.com
**MCKOOL SMITH, P.C.**
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Patrick Pijls (*pro hac vice*)
ppijls@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

1

1. Andrew L. Sandler (*pro hac vice*)
   asandler@mitchellsandler.com
2. Stephen M. LeBlanc (*pro hac vice*)
3. sleblanc@mitchellsandler.com
4. Rebecca Guiterman (*pro hac vice*)
   rguiterman@mitchellsandler.com
5. **MITCHELL SANDLER LLC**
6. 1120 20th Street NW, Suite 725
   Washington, DC 20036
7. Telephone: (202) 886-5260

*Attorneys for Plaintiffs*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chattanooga Professional Baseball LLC d/b/a Chattanooga Lookouts et al., <br><br> Plaintiffs, <br><br> v. <br><br> National Casualty Co. et al., <br><br> Defendants. | Case No. 2:20-cv-01312-DLR <br><br> **JOINT NOTICE OF APPEAL** |

Notice is hereby given that all plaintiffs in the above-styled case hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order, ECF No. 39, granting Defendants' Motion to Dismiss, entered in this action on the 13th day of November, 2020. The Representation Statement and its supplements, required by Federal Rule of Appellate Procedure 12(b) and United States Court of Appeals for the Ninth Circuit Local Rules 3-2(b) and 12-2, are attached to this Notice as **Exhibit A**.

3

| | |
|---|---|
| Date:  December 11, 2020 | Respectfully, |
| | */s/ J. Michael Hennigan* |
| | J. Michael Hennigan |
| | jhennigan@mckoolsmithhennigan.com |
| | **MCKOOL SMITH HENNIGAN, P.C.** |
| | 300 South Grand Avenue, Suite 2900 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 694-1200 |
| | Facsimile: (213) 694-1234 |
| | |
| | Robin L. Cohen (*pro hac vice*) |
| | rcohen@mckoolsmith.com |
| | John Briody (*pro hac vice*) |
| | jbriody@mckoolsmith.com |
| | **MCKOOL SMITH, P.C.** |
| | One Manhattan West |
| | 395 9th Avenue, 50th Floor |
| | New York, NY 10001 |
| | Telephone: (212) 402-9400 |
| | Facsimile: (212) 402-9444 |
| | |
| | Patrick Pijls (*pro hac vice*) |
| | ppijls@mckoolsmith.com |
| | **MCKOOL SMITH, P.C.** |
| | 300 Crescent Court, Suite 1500 |
| | Dallas, TX 75201 |
| | Telephone: (214) 978-4000 |
| | Facsimile: (214) 978-4044 |

Andrew L. Sandler (*pro hac vice*)
asandler@mitchellsandler.com
Stephen M. LeBlanc (*pro hac vice*)
sleblanc@mitchellsandler.com
Rebecca Guiterman (*pro hac vice*)
rguiterman@mitchellsandler.com
**MITCHELL SANDLER LLC**
1120 20th Street NW, Suite 725
Washington, DC 20036
Telephone: (202) 886-5260

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

 I hereby certify that on December 11, 2020, I electronically transmitted this document to the court clerk's office using the CM/ECF system for filing and thereby transmitted a notice of electronic filing to all CM/ECF registrants of record.

             */s/ J. Michael Hennigan*
             J. Michael Hennigan